NOTE: CHANGES MADE BY COURT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MURO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | Case No. 8:24-cv-01742-FWS-KES<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL WITH PREJUDICE [25]** |

//
//
//

Having reviewed and considered the Joint Stipulation of Dismissal with Prejudice [25] ("Stipulation"), between Plaintiff Paul Muro and Defendant Nissan North America, Inc., the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **ORDERS** the following:

1. All claims and counterclaims asserted by the Parties are hereby **DISMISSED WITH PREJUDICE** in accordance with the terms of the written settlement agreement between the Parties.
2. The court retains jurisdiction over the terms of the Parties' settlement agreement.

**IT IS SO ORDERED**.

Dated: September 8, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE